IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT CRABLEJR.,

Defendant.

**WITNESS LIST**

Case No.    4:25MJ3094
Deputy:     Laura Monsees
Reporter:   Digital Recorder
Date:       May 09, 2025

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Roy Stanley, Special Agent | 05/09/2025 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |