IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 MAY 19 PH 4: 31

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

             Plaintiff,

    vs.

ROBERT CRABLE, JR,

             Defendant.

4:25CR3043

INDICTMENT
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

The Grand Jury charges that

## COUNT I

Beginning on or about November 27, 2023 and continuing until on or about May 20, 2024, within the District of Nebraska and elsewhere, defendant ROBERT CRABLE, JR, did knowingly and unlawfully combine, conspire, confederate, and agree with at least one other to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT II

Beginning on or about November 27, 2023 and continuing until on or about May 20, 2024, within the District of Nebraska, ROBERT CRABLE, JR, the defendant herein, did attempt to employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate

1

and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) & (e).

## COUNT III

Beginning at least on or about February 9, 2022 and continuing to on or about March 13, 2025, in the District of Nebraska, the defendant, ROBERT CRABLE, JR, knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT IV

On or about March 13, 2025, within the District of Nebraska, ROBERT CRABLE, JR, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.


TESSIE L. SMITH
Assistant U.S. Attorney